JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR -9 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 829

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE THE BOC GROUP, INC. OXIMETER PATENT LITIGATION

TRANSFER ORDER*

This litigation presently consists of nine actions pending in eight federal districts as follows:

| District | Count |
|---|---|
| Middle District of Florida | 2 |
| Central District of California | 1 |
| Northern District of California | 1 |
| District of Maryland | 1 |
| District of New Jersey | 1 |
| Western District of Washington | 1 |
| Eastern District of Wisconsin | 1 |
| Northern District of Illinois | 1 |

Before the Panel is a motion by The BOC Group, Inc. (BOC), the sole plaintiff in each action, to centralize the actions in this litigation, pursuant to 28 U.S.C. §1407, in the Northern District of Illinois for coordinated or consolidated pretrial proceedings. Two defendants support BOC's motion. Two other defendants support centralization but favor the Northern District of California as the transferee forum. Six defendants oppose centralization; in the event the Panel deems centralization appropriate, these opponents would favor the Northern District of California as the transferee forum. One opponent alternatively suggests the District of New Jersey as the transferee forum.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact and that centralization under Section 1407 in the Northern District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These common factual questions arise because all actions concern the validity and enforceability of a commonly asserted patent held by BOC. Some factual overlap among the actions may inhere as well in the allegations of patent infringement advanced by BOC in its complaints. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

---

\* Judge Louis H. Pollak took no part in the decision of this matter.

In designating the Northern District of California as the transferee forum, we note that the Honorable Marilyn H. Patel, to whom we are assigning this litigation, presided over pretrial proceedings and a bench trial in an earlier action -- <u>Bioximetry Technology, Inc. v. Nellcor, Incorporated</u>, N.D. California, C.A. No. C86-6167 (MHP) -- that involved alleged infringement of the same patent at issue in the actions now before the Panel. Thus Judge Patel, by virtue of her familiarity with the legal and factual issues in this docket, is particularly well qualified to serve as the transferee judge.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of California be, and the same hereby are, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Marilyn H. Patel for coordinated or consolidated pretrial proceedings with the action listed on Schedule A and pending in that district.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-829 -- In re The BOC Group, Inc. Oximeter Patent Litigation

### Central District of California

The BOC Group, Inc. v. Sensormedics Corp., C.A. No. 89-6325 MRP (Ex)

### Northern District of California

The BOC Group, Inc. v. Hewlett-Packard Co., C.A. No. C89-3876 (MHP)-EE

### Middle District of Florida

The BOC Group, Inc. v. Invivo Research Inc., C.A. No. 89-1020-CIV-ORL-19

The BOC Group, Inc. v. Pace Tech, Inc., C.A. No. 89-1466-CIV-T-15C

### District of Maryland

The BOC Group, Inc. v. Mine Safety Appliances Co., C.A. No. JFM 89-3021

### District of New Jersey

The BOC Group, Inc. v. Datascope Corp., C.A. No. 89-4496 (DRD)

### Western District of Washington

The BOC Group, Inc. v. Physio-Control Corp., et al., C.A. No. C89-1576

### Eastern District of Wisconsin

The BOC Group, Inc. v. Biochem International, Inc., C.A. No. 89-C-1486

### Northern District of Illinois

The BOC Group, Inc. v. Baxter Healthcare Corp., et al., C.A. No. 89-C-7990